UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT JOHNSON,<br>　　　　　Plaintiff,<br>　　v.<br>MAS WIRELESS OF CALIFORNIA LLC,<br>　　　　　Defendant. | Case No. 19-cv-02719-SVK<br><br>**ORDER TO SHOW CAUSE** |

On May 20, 2019, Scott Johnson ("Plaintiff") filed the instant action against 3110 Story, LLC ("Defendant 3110 Story") and MAS Wireless of California LLC ("Defendant MAS"). Dkt. 1. Plaintiff consented to the jurisdiction of the undersigned on May 22, 2019. Dkt. 7. Plaintiff served Defendant 3110 Story on June 9, 2019 (*see* Dkt. 9) and an answer was filed on July 18, 2019. Dkt. 11. Defendant 3110 Story consented to the jurisdiction of the undersigned on October 11, 2019. Dkt. 23. On January 7, 2020, Plaintiff and Defendant 3110 Story filed a joint stipulation for dismissal. Dkt. 30.

Plaintiff served Defendant MAS on July 4, 2019 (*see* Dkt. 10); Defendant MAS has not responded or otherwise appeared in this matter. *See generally* Docket. On August 26, 2019, Plaintiff moved for an entry of default as to Defendant MAS (Dkt. 14), and the Clerk subsequently entered default against Defendant MAS on August 28, 2019. Dkt. 15. Plaintiff has not moved for default judgment in the nearly five months since.

Accordingly, the Court **ORDERS** Plaintiff to show cause why this action should not be dismissed for failure to prosecute. If Plaintiff wishes to proceed with this action, he must either file a motion for default judgment by **February 14, 2020** or appear at a show cause hearing on **Tuesday, February 18 at 10:00 a.m.** Failure to respond to this Court's order will result in this

////

Court ordering that the case be reassigned to a district judge with a recommendation that it be dismissed with prejudice.

**SO ORDERED.**

Dated: January 30, 2020

_____
SUSAN VAN KEULEN
United States Magistrate Judge