UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT JOHNSON,<br><br>        Plaintiff,<br><br>     v.<br><br>MAS WIRELESS OF CALIFORNIA LLC,<br><br>        Defendant. | Case No. 19-cv-02719-SVK<br><br>**ORDER REGARDING SHOW CAUSE RESPONSE** |

The Court is in receipt of Plaintiff's inappropriate, cavalier response to this Court's Order to Show Cause of January 30, 2020. Dkt. 33.

On May 20, 2019, Plaintiff filed the instant action against 3110 Story, LLC ("Defendant 3110 Story") and MAS Wireless of California LLC ("Defendant MAS"). Dkt. 1. On August 26, 2019, Plaintiff moved for an entry of default as to Defendant MAS. Dkt. 14. The Clerk entered default against Defendant MAS on August 28, 2019. Dkt. 15. On January 7, 2020, Plaintiff and Defendant 3110 Story filed a stipulation for dismissal. Dkt. 30. The stipulation is not executed on behalf of Defendant MAS, who has never appeared in this action. *Id*. at 2. Because Plaintiff had not moved for default judgment as to Defendant MAS, the Court ordered Plaintiff to show cause why the action should not be dismissed for failure to prosecute. Dkt. 33. The Court instructed Plaintiff to either file a motion for default judgment by February 14, 2020 or appear at a show cause hearing on February 18, 2020 at 10:00 a.m. *Id*. On February 12, 2020, Plaintiff's counsel filed a declaration stating that "Plaintiff does not intend to file a motion for default judgment." Dkt. 34 at 2. Incredibly, Plaintiff further states that "[t]his matter has been fully dismissed and Plaintiff considers it concluded." *Id*. What Plaintiff "considers" is wholly immaterial to whether or not this matter is closed.

Rule 41 of the Federal Rules of Civil Procedure does, however, provide a means for

Plaintiff to voluntarily dismiss this case without filing a motion for default judgment. Specifically, Rule 41(a)(1)(A)(i) permits the filing of "a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment." Accordingly, as Defendant MAS has neither served an answer nor a motion for summary judgment, the Court **ORDERS** Plaintiff to file a voluntary dismissal of his claims against Defendant MAS by **February 21, 2020**.

If Plaintiff fails to file the voluntary dismissal, then counsel for Plaintiff must appear at the show cause hearing which is hereby **CONTINUED** to **February 25, 2020 at 10:00 a.m.**

**SO ORDERED.**

Dated: February 14, 2020

SUSAN VAN KEULEN
United States Magistrate Judge